*Duplicate Original*

**LODGED**
CLERK, U.S. DISTRICT COURT
MAR -7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**LODGED**

*↑ should be "May" not "March"*

```
 1  LAW OFFICES OF RICK M. STEIN
    Rick M. Stein, Esq. (Bar No. 44652)
 2  73255 El Paseo Dr.
    Suite 14
 3  Palm Desert, CA  92260
    (760) 777-1488
 4
              ...NC.
 5           ...sq. (Bar No. 53465)
              ...rk East
 6
              ...90067
 7
             ...laintiffs
 8
 9
10               UNITED STATES DISTRICT COURT
11               CENTRAL DISTRICT OF CALIFORNIA
12
13
14                                          TJH (FMOx)
     DCD PROGRAMS, LTD., et al.,   )  Case No. CV 85-1040-RG (JGx)
15                                 )
                  Plaintiffs,      )  [PROPOSED] RENEWAL OF
16                                 )  JUDGMENT
           v.                      )
17                                 )
     MICHAEL W. LEIGHTON, et al.,  )
18                                 )
                  Defendants.      )
19   _____)
20
21        Judgment shall enter for Plaintiff DCD Programs, Ltd., it
22   being ordered, adjudged, and decreed as follows:
23        Money judgment is adjudged and shall enter for Plaintiff
24   and against Defendants Michael W. Leighton, Kay Buchanan, Compu-
25   Com Systems, Inc., Orion Monetary Systems, Inc., Andromeda
26   Management Corporation, MWL Systems, Inc., and Noble Group, Ltd.
27   (jointly and severally) in the amount of $11,518,583.08, plus
28   / / /
```

- 1 -
[PROPOSED] RENEWAL OF JUDGMENT

1 | post judgment costs of $2,584.15, plus interest of $7,712,717.00
2 | for a total amount of $19,233,884.23.
3 |
4 |     IT IS SO ORDERED, ADJUDGED, AND DECREED.
5 |
6 | DATED: August 25, 2008
7 |                             THE HONORABLE TERRY J. HATTER, JR.,
                            UNITED STATES DISTRICT COURT JUDGE

28 | currens\leighton.07\pro-judg.p

- 2 -
[PROPOSED] RENEWAL OF JUDGMENT