LAW OFFICES OF RICK M. STEIN
Rick M. Stein, Esq. (Bar No. 44652)
44600 Village Court
Suite 100
Palm Desert, CA 92260
(760) 777-1488

RICK EDWARDS, INC.
Rick Edwards, Esq. (Bar No. 53465)
1925 Century Park East
20th Floor
Los Angeles, CA 90067
(310) 277-6464

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCD PROGRAMS, LTD., et al., | Case No. CV 85-1040 TJH (FMOx) |
| Plaintiffs, | [PROPOSED] JUDGMENT RENEWAL |
| v. | |
| MICHAEL W. LEIGHTON, et al., | |
| Defendants. | |

Judgment shall enter for Plaintiff DCD Programs, Ltd., it being ordered, adjudged, and decreed as follows:

Money judgment is adjudged and shall enter for Plaintiff and against Defendants Michael W. Leighton, Kay Buchanan, Compu-Com Systems, Inc., Orion Monetary Systems, Inc., Andromeda Management Corporation, MWL Systems, Inc., and Noble Group, Ltd. (jointly

and severally) in the amount of $19,233,884.23, plus post judgment costs of $906.50, plus interest of $16,525,331.77 for a total amount of $35,760,122.50.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: APRIL 10, 2017

*/s/ Terry J. Hatter, Jr.*
—————————————————,
JUDGE OF THE UNITED
STATES DISTRICT COURT

CC: FISCAL

Currens\leighton.17\PRO-JUDG.2

- 2 -

[PROPOSED] JUDGMENT RENEWAL